AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED
*February 10, 2022*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-22-0285-M |
| Frida Elizabeth JACQUES (U.S.C. / Y.O.B. 2003) | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 31 & February 3, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 922(a)(6) | It shall be unlawful for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, knowingly to make any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive such importer, manufacturer, dealer or collector with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition under the provisions of this chapter. |

This criminal complaint is based on these facts:

Submitted by reliable electonic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1. and probable cause:

☑ Continued on the attached sheet.

Reviewed and approved by AUSA Sarina DiPiazza

/S/ Alexander Estrada
*Complainant's signature*

Alexander Estrada, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 10, 2022  8:12 PM

City and state: McAllen, TX

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 02/09) Criminal Complaint

## ATTACHMENT A

This affidavit is in support of a criminal complaint charging Frida Elizabeth JACQUES ("JACQUES") with criminal violations. The evidence available to me demonstrates that there is probable cause that JACQUES violated Title 18 U.S.C. Section 922(a)(6).

Further, the Affiant states as follows:

On or about February 8, 2022, your Affiant discovered JACQUES had previously purchased two (2) AK47-type rifles from a Federal Firearms Licensee dealer located in Pharr, Texas. On February 10, 2022, ATF Agents made contact with JACQUES at her listed residential address and was subsequently interviewed.

During a non-custodial interview of JACQUES, JACQUES admitted that she had purchased two (2) AK47-type rifles on behalf of Cristopher TIJERINA. Specifically, while ATF Agents reviewed with JACQUES the ATF Form 4473 (Firearms Transaction Record) JACQUES previously completed; JACQUES admitted to purchasing the following AK47-type rifles on behalf of TIJERINA: one (1) Century Arms, model: VSKA, 7.62 caliber rifle on January 31, 2022, and one (1) Century Arms, model: VSKA, 7.62 caliber rifle on February 3, 2022. More specifically, JACQUES admitted to lying on question 21(a) of the ATF Form 4473 (Firearms Transaction Record) when she checked the box as the actual buyer of the firearms. Furthermore, JACQUES stated that TIJERINA had provided the money to straw purchase the firearms which TIJERINA had specifically picked out on both separate occasions.

As a result, Frida JACQUES committed an offense against the United States by straw purchasing both firearms, causing, in connection with the acquisition of firearms from licensed dealers, knowingly made false written statements and representations intended or likely to deceive such licensed dealers with respect to facts material to the lawfulness of the sale of such firearm in violation of Title 18 U.S.C. Sections 922(a)(6). The above-mentioned violation occurred in Southern District of Texas.